**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7839**

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

MARILYN KIRKLAND,

            Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., Senior District Judge.  (3:17-cr-01022-JFA-1)

Submitted:  February 18, 2020                     Decided:  February 21, 2020

Before MOTZ, HARRIS, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marilyn Kirkland, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marilyn Kirkland appeals the district court's order denying her motion pursuant to 18 U.S.C. § 3664(k) (2018) to adjust her restitution payment schedule due to an economic change in circumstances. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Kirkland*, No. 3:17-cr-01022-JFA-1 (Nov. 26, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*